IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR97 |
| THOMAS L. FLEMING, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Before the court is the government's Consent Motion to Continue Rule 11 Hearing [38]. Good cause being shown, the motion will be granted and the change of plea hearing on defendant Thomas L. Fleming will be rescheduled.

    IT IS ORDERED:

    1.    That the Consent Motion to Continue Rule 11 Hearing [38] is granted; and

    2.    That the Change of Plea hearing is continued to **August 11, 2005** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **August 1, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 2nd day of August, 2005.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge